**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Glover Corporation, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Glover Printing, Inc.** <br> **DBA  Glover Printing Company** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-0811074** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2401 Atlantic Avenue** <br> **Raleigh, NC 27604** <br> Number, Street, City, State & ZIP Code <br><br> **Wake** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.discoverglover.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Glover Corporation, Inc.**                                          Case number (*if known*) _____
         _____
         Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**      ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**      ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **Glover Corporation, Inc.** _____   Case number (*if known*) _____
   Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Glover Corporation, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  1, 2018**
                       MM / DD / YYYY

*X* **/s/ Lou Goldberg**                              **Lou Goldberg**
Signature of authorized representative of debtor      Printed name

Title   **President**

---

**18. Signature of attorney**

*X* **/s/ John Paul H. Cournoyer**          Date **June  1, 2018**
Signature of attorney for debtor                 MM / DD / YYYY

**John Paul H. Cournoyer**
Printed name

**Northen Blue, LLP**
Firm name

**PO Box 2208**
**Chapel Hill, NC 27515**
Number, Street, City, State & ZIP Code

Contact phone   **919-968-4441**          Email address

**42224 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Glover Corporation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  1, 2018**          *X* **/s/ Lou Goldberg**
                                           Signature of individual signing on behalf of debtor

                                           **Lou Goldberg**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Glover Corporation, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Managing Agent PO Box 1270 Newark, NJ 07101** | | **CREDIT CARD** | | | | **$18,965.25** |
| **BANK OF AMERICA CREDIT CARD Attn:  Managing Agent PO BOX 15796 WILMINGTON, DE 19886-5796** | | **CREDIT CARD** | | | | **$41,067.51** |
| **Blue Cross Blue Shield Attn:  Managing Agent PO Box 2291 Durham, NC 27701-2721** | | **Insurance** | | | | **$16,617.00** |
| **Blue Sky 401k Specialists Attn;  Randy Glass 1207 Crews Rd, Ste A Matthews, NC 28105** | | **401k contributions (debtor's estimate)** | | | | **$50,000.00** |
| **Canon Financial Services Attn:  Managing Agent 14904 Collections Center Drive Chicago, IL 60693-0149** | | **Lease** | | | | **$14,123.27** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Canon Solutions America Attn:  Managing Agent 12379 Collections Center Drive Chicago, IL 60893** | | Deficiency balance | | | | $23,731.48 |
| **CHASE CARD SERVICES Attn:  Managing Agent CARDMEMBER SERVICE WILMINGTON, DE 19886-5153** | | Credit card charges | | | | $59,903.05 |
| **FEDEX Attn:  Managing Agent P.O. BOX 371461 PITTSBURGH, PA 15250-7461** | | Services | | | | $17,115.97 |
| **FIRST CITIZENS VISA Attn:  Managing Agent P.O. BOX 63001 CHARLOTTE, NC 28263-3001** | | Charge card charges | | | | $60,063.69 |
| **Hitachi Capital America Leasing Attn:  Managing Agent P O Box 1880 Minneapolis, MN 55400-1800** | | Deficiency balance | | | | $17,680.45 |
| **INDIGO AMERICA, INC. Attn:  Managing Agent P.O. BOX 415573 BOSTON, MA 02241-5573** | | Supplier or Vendor | | | | $48,104.16 |
| **Lindenmyr Munroe Attn:  Managing Agent 3831 SOUTH ALSTON AVENUE, BLDG #7 DURHAM, NC 27713** | | Supplier or Vendor | | | | $30,769.54 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Glover Corporation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MAC PAPERS Attn:  Managing Agent P.O. BOX 930513 ATLANTA, GA 31193-0513** | | **Supplier or Vendor** | | | | $13,311.62 |
| **MORPHEUS RISING Attn:  Managing Agent 105 AMBERGLOW PLACE CARY, NC 27513** | | **Supplier or Vendor** | | | | $67,872.98 |
| **NANCY BUNTING P.O. BOX 31584 RALEIGH, NC 27622** | | **Services** | | | | $25,102.50 |
| **NC Dept of Revenue Attn:   Bankruptcy Dept. P.O. BOX 25000 RALEIGH, NC 27640-0150** | | taxes | | | | $28,695.86 |
| **United Healthcare Insurance Co Attn:  Managing Agent PO Box 94017 Palatine, IL 60094-4017** | | **Services** | | | | $85,415.47 |
| **VERITIV OPERATING CO, FORMERLY XPED Managing Agent 1070 WATERFIELD DRIVE GARNER, NC 27529** | | **Services** | | | | $99,319.84 |
| **Wake County Revenue Dept. Attn:  Managing Agent P.O. BOX 580084 CHARLOTTE, NC 28258-0084** | | taxes | | | | $51,098.55 |
| **Wells Fargo Financial Leasing Attn:  Managing Agent P O Box 10306 Des Moines, IA 50306** | | **Deficiency balance** | | | | $22,290.98 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Glover Corporation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

Part 1:    **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*........................................................................................    $    2,100,000.00

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*.....................................................................................    $    737,251.32

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*........................................................................................    $    2,837,251.32

Part 2:    **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    3,887,831.54

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    129,794.41

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    3,577,922.25

4.  **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b                                                                                                    $    7,595,548.20

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Glover Corporation, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **First National Bank of Pennsylvania** | | 8849 | $40.73 |
| 3.2. | **Coastal FCU (aggregate total of all subaccounts incl. payroll and operating)** | | x969 | $197.59 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $238.32 |
   |---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Glover Corporation, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **176,219.96** | - | **0.00** | = .... | **$176,219.96** |
| | face amount | | doubtful or uncollectible accounts | | |

---

| 12. | **Total of Part 3.** | **$176,219.96** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials Inventory** | **5/31/2018** | **$0.00** | | **$151,293.04** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | **$151,293.04** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Glover Corporation, Inc.** | | Case number *(If known)* | |
|--------|------------------------------|--|--------------------------|--|
| | Name | | | |

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture (debtor's estimate) | $0.00 | | $10,000.00 |

| | | | | |
|---|---|---|---|---|
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | $10,000.00 |

| | |
|---|---|
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>■ No<br>☐ Yes |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes |

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | Mercedes Sprinter 2500 van | $0.00 | | $3,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Heidelberg (S &G) Model M0ZP printing press | $0.00 | | $7,000.00 |
| | Heidelberg (S&G) Model M)ZP (Alcolor) printing press | $0.00 | | $27,500.00 |
| | G&K VIJUK V18 ,miniature folder | $0.00 | | $5,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Glover Corporation, Inc.**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Duplo 2008 Nearlie booklet maker** | $0.00 | $5,000.00 |
| **EFII Printflow & Accounter software** | $0.00 | Unknown |
| **AGFA Avalon Platesetter plate maker** | $0.00 | $5,000.00 |
| **Epace Software and custom management information system** | $0.00 | Unknown |
| **AGF gee CTF Workforce software** | $0.00 | Unknown |
| **Saber 137/54" paper cutter knife** | $0.00 | $5,000.00 |
| **Ryobi 755 5 color printing press** | $0.00 | $250,000.00 |
| **AP Kit-Veyor, AB-180 Bagger** | $0.00 | $28,000.00 |
| **Kallfass Universal 400 NT Packaging system** | $0.00 | $1,000.00 |
| **Polar 137 EMC monitor cutter** | $0.00 | $2,000.00 |
| **MBO Buckle Folding Machine (x2)** | $0.00 | $6,000.00 |
| **Heidelberg 102ZP Speedmaster color printer** | $0.00 | $10,000.00 |
| **Muller-Martini 321 Saddle Stitcher booklet maker** | $0.00 | $5,000.00 |
| **HP Indigo Pewaa 5500 (upgraded to 5600) digital printer** | $0.00 | $20,000.00 |
| **OCE Vario Print 6250 digital printer with 8 drawers** | $0.00 | $20,000.00 |

51.    **Total of Part 8.**                                                          | $399,500.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

| Debtor | **Glover Corporation, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2401 Atlantic Avenue, Raleigh, NC (affiliate BDG Properties LLC owns adjacent parcel at 2415 Atlantic Avenue, Raleigh)** | **Fee simple by Glover Corporation** | **$0.00** | **Liquidation** | **$2,100,000.00** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$2,100,000.00** |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **Unknown** | | **$0.00** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Glover Corporation, Inc.**                                    Case number *(If known)* _____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Glover Corporation, Inc.**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $238.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $176,219.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $151,293.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $399,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $2,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $737,251.32 | + 91b. $2,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,837,251.32 |

**Fill in this information to identify the case:**

Debtor name **Glover Corporation, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
 amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Acme Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien

**Attn:  Managing Agent**
**64 Beaver Street, Suite 344**
**New York, NY 10004**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**For notice purposes.  May be representative of alter-ego of Mantis Funding, LLC**                    $0.00                $0.00

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Capital Advance Services, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Accounts Receivable.   MCA Lender.**                    $154,677.00              $0.00

**Attn:  Managing Agent**
**30 Broad St, Ste 14108**
**New York, NY 10004**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Glover Corporation, Inc.**                                   Case number (if know) _____
                    Name

□ No                                □ Contingent
□ Yes. Specify each creditor,       □ Unliquidated
including this creditor and its relative    □ Disputed
priority.

---

| 2.3 | **CHTD Company, as representative** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn:  Managing Agent**
**P O box 2676**
**Springfield, IL 62708**

Creditor's mailing address

| | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|

**For notice purposes.  Believed to be representatie of a MCA lender, but filed UCC does not identify true secured party.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Citibank NA** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**701 East 60th Street North**
**Sioux Falls, SD 57104**

Creditor's mailing address

| | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|

**Notice Purposes Only**
**Party to Pre-Petition Supplier Agreement under which BSH Recievables were purchased/factored**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Corporation Service Company, as rep** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn:  Managing Agent**
**801 Adlai Stevenson Dr**
**Springfield, IL 62703**

Creditor's mailing address

| | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|

**For notice purposes.  Believed to be representatie of a MCA lender, but filed UCC does not identify true secured party.**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Glover Corporation, Inc.**                                                                 Case number (if know) _____
_____
Name

| | |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.6 | **DLI Assets Bravo, LLC** | **Describe debtor's property that is subject to a lien** | **$72,400.00** | **$176,219.96** |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts receivable. Successor to Quarterspot, Inc., a MCA lender.** | | |
| | **Attn:  Managing Agent**<br>**550 N Brand Blvd, Suite 200**<br>**Glendale, CA 91203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Knight Capital**<br>**2. ML Factors**<br>**3. Swift Capital**<br>**4. World Business Lenders**<br>**5. Yes Funding**<br>**6. DLI Assets Bravo, LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.7 | **First National Bank of Pennsylvania** | **Describe debtor's property that is subject to a lien** | **$3,279,773.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All assets, 2401 Atlantic Ave, Raleigh (affiliate CBDG Properties LLC owns adjacent parcel at 2415 Atlantic Avenue, Raleigh)** | | |
| | **Attn:  Managing Agent**<br>**3600 Glenwood Avenue**<br>**Raleigh, NC 27604** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**12/23/17** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**0646** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Debtor   **Glover Corporation, Inc.**                                        Case number (if know) _____
          Name

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.8 | **Knight Capital** | **Describe debtor's property that is subject to a lien** | $22,400.00     $176,219.96 |
| | Creditor's Name | **90 days or less: Accounts receivable, MCA Creditor** | |
| | **Attn:  Managing Agent 9 East Loockerman St, Suite 3A-543 Dover, DE 19901** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | | |
| | | **Is the creditor an insider or related party?** ■ No ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred 2/17/2017 Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.6** | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ■ Unliquidated ■ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.9 | **Mantis Funding LLC** | **Describe debtor's property that is subject to a lien** | $88,150.26     $0.00 |
| | Creditor's Name | **judgment lien** | |
| | **Attn:  Managing Agent 64 Beaver Street, #344 New York, NY 10004** | | |
| | Creditor's mailing address | **Describe the lien Judgment Lien** | |
| | | **Is the creditor an insider or related party?** ■ No ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred 3/13/2017 Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ■ Unliquidated ■ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.10 | **Mercedes Benz Financial Services US** | **Describe debtor's property that is subject to a lien** | $22,165.00     $3,000.00 |
| | Creditor's Name | **Mercedes Sprinter 2500 van** | |
| | **Attn:  Managing Agent P O Box 5260 Carol Stream, IL** | | |
| | Creditor's mailing address | **Describe the lien** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      

| Debtor | **Glover Corporation, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**agreement made**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **ML Factors** | Describe debtor's property that is subject to a lien | $20,843.48 | $176,219.96 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**456A Central Avenue, #129**
**Cedarhurst, NY 11516**

**90 days or less: Accounts receivable.  MCA creditor**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/4/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 2 | **Swift Capital** | Describe debtor's property that is subject to a lien | $34,340.00 | $176,219.96 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**501 Carr Road, #301**
**Wilmington, DE 19809**

**90 days or less: Accounts receivable.  MCA lender.**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**ndA0**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Glover Corporation, Inc.**        Case number (if know) _____
<br>_____ Name

☐ No      ☐ Contingent
<br>■ Yes. Specify each creditor,   ☐ Unliquidated
<br>including this creditor and its relative   ■ Disputed
<br>priority.
<br>**Specified on line 2.6**

---

| 2.1<br>3 | **World Business Lenders** | Describe debtor's property that is subject to a lien | $132,082.80 | $176,219.96 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Managing Agent
101 Hudson Street, 33rd
Floor
Jersey City, NJ 07302**

Creditor's mailing address

**90 days or less:  Accounts receivable.  MCA
lender.**

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
<br>■ No
<br>☐ Yes

**Date debt was incurred**
<br>**10/27/2017**

**Is anyone else liable on this claim?**
<br>☐ No
<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
<br>**4777**

**Do multiple creditors have an
interest in the same property?**
<br>☐ No
<br>■ Yes. Specify each creditor,
including this creditor and its relative
priority.
<br>**Specified on line 2.6**

**As of the petition filing date, the claim is:**
<br>Check all that apply
<br>☐ Contingent
<br>☐ Unliquidated
<br>☐ Disputed

---

| 2.1<br>4 | **Yes Funding** | Describe debtor's property that is subject to a lien | $61,000.00 | $176,219.96 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Managing Agent
122 East 42nd Street, Suite
2112
New York, NY 10168**

Creditor's mailing address

**90 days or less:  Accounts receivable.   MCA
lender.**

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
<br>■ No
<br>☐ Yes

**Date debt was incurred**
<br>**8/13/2017**

**Is anyone else liable on this claim?**
<br>☐ No
<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
<br>☐ No
<br>■ Yes. Specify each creditor,
including this creditor and its relative
priority.
<br>**Specified on line 2.6**

**As of the petition filing date, the claim is:**
<br>Check all that apply
<br>☐ Contingent
<br>☐ Unliquidated
<br>■ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,887,831.5<br>4 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

Debtor    **Glover Corporation, Inc.**
_____
      Name

Case number (if know)    _____

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Charles Anderson Jr.**<br>**Ellis & Winters, LLP**<br>**4131 Parklake Avenue**<br>**Raleigh, NC 27612** | Line   **2.7** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Glover Corporation, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

**Blue Sky 401k Specialists**
**Attn:  Randy Glass**
**1207 Crews Rd, Ste A**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contributions (debtor's estimate)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn:  Insolvency Processing Center**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid payroll taxes.  Amount unknown, but potentially significant.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,695.86 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**NC Dept of Revenue**
**Attn:  Bankruptcy Dept.**
**P.O. BOX 25000**
**RALEIGH, NC 27640-0150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2018**

Basis for the claim:
**taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,098.55 | $0.00 |
|---|---|---|---|---|

**Wake County Revenue Dept.**
**Attn:  Managing Agent**
**P.O. BOX 580084**
**CHARLOTTE, NC 28258-0084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**ABC Express Couriers**
**Attn:  Managing Agent**
**PO Box 2073**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Services__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Acrilex, Inc.**
**Attn:  Managing Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Supplier or vendor__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,921.72 |
|---|---|---|---|

**Adecco Financial Services**
**Attn:  Managing Agent**
**P.O. BOX 371084**
**PITTSBURGH, PA 15250-7084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __SERVICES__

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Glover Corporation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,701.87** |
|---|---|---|---|
| | **ADP INC.**<br> **Managing Agent**<br>P.O. BOX 842875<br>BOSTON, MA 02284-2875 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,041.37** |
|---|---|---|---|
| | **AGFA Corporation**<br>**AttnL  Managing Agent**<br>P.O. BOX 7247-6207<br>PHILADELPHIA, PA 19170-6207 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  GOODS | |
| | Last 4 digits of account number  2879 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|
| | **Alexander Exterminating Company**<br>545 DYNAMIC DRIVE<br>GARNER, NC 27529 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,965.25** |
|---|---|---|---|
| | **American Express**<br>**Managing Agent**<br>PO Box 1270<br>Newark, NJ 07101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  CREDIT CARD | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **AT&T**<br>**Attn:  Managing Agent**<br>**Dept 019**<br>CAROL STREAM, IL 60197-5019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.89** |
|---|---|---|---|
| | **AT&T Mobility**<br>**Attn:  Managing Agent**<br>P.O. BOX 6463<br>CAROL STREAM, IL 60197-6463 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,487.34** |
|---|---|---|---|
| | **Audi Financial Services**<br>**Attn:  Managing Agent**<br>P O Box 5215<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Deficiency Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$915.05** |
|---|---|---|---|

**Automated Packaging Systems**
Attn:  Managing Agent
P.O. BOX 643916
CINCINNATI, OH 45264-3916

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Supplier or Vendor

**Last 4 digits of account number**  3663

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,067.51** |
|---|---|---|---|

**BANK OF AMERICA CREDIT CARD**
Attn:  Managing Agent
PO BOX 15796
WILMINGTON, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  CREDIT CARD

**Last 4 digits of account number**  3187

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.73** |
|---|---|---|---|

**BATTERIES PLUS OF RALEIGH**
Attn:  Managing Agent
4907 ATLANTIC AVENUE
RALEIGH, NC 27616-1865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  GOODS

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,617.00** |
|---|---|---|---|

**Blue Cross Blue Shield**
Attn:  Managing Agent
PO Box 2291
Durham, NC 27701-2721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bluesky 401(K) Specialists**
Attn:  Managing Agent
6331 Carmel Road
Charlotte, NC 28226-8246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Braden Sutphin Ink Company**
Attn:  Managing Agent
PO Box 932504
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,023,450.00** |
|---|---|---|---|

**BRIAN GOLDBERG**
12425 BROWDER STREET
RALEIGH, NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  money loaned

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Glover Corporation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,481.82** |
|---|---|---|---|
| | **BROTHERS ELECTRIC CO. INC.**<br>**Attn:  Managing Agent**<br>**5808 SHAWOOD DRIVE**<br>**RALEIGH, NC 27609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,135.75** |
|---|---|---|---|
| | **BUILT CREATIVE**<br> **Managing Agent**<br>**219 N SALEM STREET**<br>**APEX, NC 27502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$354.50** |
|---|---|---|---|
| | **BUSINESS CARD EXPRESS SOUTH**<br>**Attn:  Managing Agent**<br>**P.O. BOX 829**<br>**INDIAN TRAIL, NC 28079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Credit Card | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,123.27** |
|---|---|---|---|
| | **Canon Financial Services**<br>**Attn:  Managing Agent**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Lease | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,731.48** |
|---|---|---|---|
| | **Canon Solutions America**<br>**Attn:  Managing Agent**<br>**12379 Collections Center Drive**<br>**Chicago, IL 60893** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Deficiency balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,456.86** |
|---|---|---|---|
| | **CAPITAL ONE BANK USA, N.A.**<br>**Attn:  Managing Agent**<br>**P.O. BOX 71083**<br>**CHARLOTTE, NC 28272-1083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Credit Card | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,266.79** |
|---|---|---|---|
| | **CAROLINA CONTAINER COMPANY**<br>**Attn:  Managing Agent**<br>**P.O. BOX 2166**<br>**HIGH POINT, NC 27261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Supplier or Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,287.73**

**CAROLINA HANDLING LLC**
 **Managing Agent**
P.O. BOX 890352
CHARLOTTE, NC 28289-0352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$504.38**

**CHARLOTTE SCALE COMPANY, INC.**
 **Managing Agent**
1510 AMERON DRIVE
CHARLOTTE, NC 28206-1696

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Supplier or Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,903.05**

**CHASE CARD SERVICES**
Attn:  Managing Agent
CARDMEMBER SERVICE
WILMINGTON, DE 19886-5153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Credit card charges

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353.65**

**CINTAS CORPORATION**
 **Managing Agent**
P.O. BOX 631025
CINCINNATI, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Supplier or Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.24**

**CITY OF RALEIGH**
 **Managing Agent**
P.O. BOX 71081
CHARLOTTE, NC 28272-1081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  SERVICES

Last 4 digits of account number  6244

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.27**

**CITY OF RALEIGH**
 Attn:  Managing Agent
P.O. BOX 71081
CHARLOTTE, NC 28272-1081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  SERVICES

Last 4 digits of account number  5942

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,006.40**

**CLIFFORD PAPER INC.**
Attn:  Managing Agent
SHERBROOKE OFFICE CENTRE
UPPER SADDLE RIVER, NJ 07458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Supplier or Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $587.83 |
|---|---|---|---|

**COECO OF RALEIGH**
**Attn: Managing Agent**
**P.O. BOX 790448**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier or vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.85 |
|---|---|---|---|

**COECO OFFICE SYSTEMS**
**Attn: Managing Agent**
**P.O. BOX 538555**
**ATLANTA, GA 30353-8555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier or Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,691.06 |
|---|---|---|---|

**Crestmark Equipment Finance**
**Attn: Managing Agent**
**40950 Woodward Avenue, Ste 201**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Deficiency balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.73 |
|---|---|---|---|

**Crystal Springs**
**Attn: Managing Agent**
**P O Box 600579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,522.19 |
|---|---|---|---|

**CUSTOM LAMINATING**
**Attn: Managing Agent**
**3221 DURHAM DRIVE**
**RALEIGH, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.81 |
|---|---|---|---|

**Deluxe**
**Attn: Managing Agent**
**3680 Victoria Street North**
**Shreview, MN 55126-2966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,117.91 |
|---|---|---|---|

**DISCOUNT LABELS**
**Attn: Managing Agent**
**P.O. BOX 709**
**NEW ALBANY, IN 47151-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Glover Corporation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

DUKE ENERGY PROGRESS
Attn: Managing Agent
P.O. BOX 1003
CHARLOTTE, NC 28201-1003

Date(s) debt was incurred __

Last 4 digits of account number  5769

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$5,640.84**

---

**3.40**

**Nonpriority creditor's name and mailing address**

DUNCAN-PARNELL, INC.
Attn: Managing Agent
P.O. BOX 35649
CHARLOTTE, NC 28235-5649

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset? ■ No ☐ Yes

**$252.09**

---

**3.41**

**Nonpriority creditor's name and mailing address**

DYC SUPPLY CO.
Attn: Managing Agent
P.O. BOX 35649
VIRGINIA BEACH, VA 23455

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset? ■ No ☐ Yes

**$272.06**

---

**3.42**

**Nonpriority creditor's name and mailing address**

Earthlink Business
Attn: Managing Agent
1439 Peachtree Street
Atlanta, GA 30309

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

**$3,256.96**

---

**3.43**

**Nonpriority creditor's name and mailing address**

EARTHLINK BUSINESS 1058
Attn: Managing Agent
P.O. BOX 2252
BIRMINGHAM, AL 35246-1058

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$3,256.96**

---

**3.44**

**Nonpriority creditor's name and mailing address**

EFI, INC.
Attn: Managing Agent
1340 Corporate Center Curve
Eagan, MN 55121

Date(s) debt was incurred __

Last 4 digits of account number  9693

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$7,439.46**

---

**3.45**

**Nonpriority creditor's name and mailing address**

ELTOSCH GRAFIX AMERICA INC.
Attn: Managing Agent
1888 E. FABYAN PKWY, SUITE 7
BATAVIA, IL 60510

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset? ■ No ☐ Yes

**$2,786.83**

---

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.71 |
|---|---|---|---|

**ENNIS BUSINESS FORMS, INC.,**
Attn:  Managing Agent
P O BOX 971478
DALLAS, TX 75397-1478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  **4250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.36 |
|---|---|---|---|

**FASTENAL COMPANY**
Attn:  Managing Agent
5608 SPRING COURT, SUITE 106
RALEIGH, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,115.97 |
|---|---|---|---|

**FEDEX**
Attn:  Managing Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number  **2464**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,063.69 |
|---|---|---|---|

**FIRST CITIZENS VISA**
Attn:  Managing Agent
P.O. BOX 63001
CHARLOTTE, NC 28263-3001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Charge card charges__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.41 |
|---|---|---|---|

**G&K-VIJUK INTERN CORP.**
Attn:  Managing Agent
715 CHURCH ROAD
ELMHURST, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number  **7110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.18 |
|---|---|---|---|

**GEORGIA ENVELOPE & CONVERTING**
Attn:  Managing Agent
8015 SECOND FLAG DRIVE
AUSTELL, GA 30168

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.16 |
|---|---|---|---|

**GRAINGER, INC.**
Attn:  Managing Agent
DEPT. 808900666
PALATINE, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplies__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

**GRAPHIC ARTS SPECIALTIES**
Attn:  Managing Agent
P.O. BOX 1185
NORTHBROOK, IL 60065-1185

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

**$249.97**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**GREYSTONE LAWN MAINTENANCE**
Attn:  Managing Agent
394 KING ROAD
CASTALIA, NC 27816

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

**$6,063.28**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**HAWKS TAG**
 Managing Agent
P.O. BOX 541207
CINCINNATI, OH 45254

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.06**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**HEIDELBERG USA, INC.**
 Attn: Managing Agent
P.O. BOX 5160
CAROL STREAM, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$1,890.25**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**HERITAGE CRYSTAL CLEAN, LLC**
Attn:  Managing Agent
13621 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0136

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier or Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$1,787.12**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**HITACHI CAPITAL AMERICA CORP.**
Attn:  Managing Agent
P.O. BOX 1880
MINNEAPOLIS, MN 55480-1880

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Hitachi Capital America Leasing**
Attn:  Managing Agent
P O Box 1880
Minneapolis, MN 55400-1800

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deficiency balance

Is the claim subject to offset? ■ No ☐ Yes

**$17,680.45**

---

| Debtor | **Glover Corporation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,328.61**

Humana
 Attn:  Managing Agent
PO Box 3024
Milwaukee, WI 53201-3024

Date(s) debt was incurred _

Last 4 digits of account number  **6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,438.20**

ILPEA INDUSTRIES INC.
Attn:  Managing Agent
7351 SOLUTION CENTER
CHICAGO, IL 60677-7003

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,104.16**

INDIGO AMERICA, INC.
Attn:  Managing Agent
P.O. BOX 415573
BOSTON, MA 02241-5573

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,295.00**

INTEGRACLEAN
 Managing Agent
6208 VALLEY ESTATES DRIVE
RALEIGH, NC 27612

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$839.77**

INTREX COMPUTERS
 Managing Agent
3601 BASTION LANE
RALEIGH, NC 27604

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

ISODISC SOFTWARE SERVICES GROUP
Attn:  Managing Agent
7030 N. 97TH PLAZA CIRCLE
OMAHA, NE 68122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,408.93**

JOHN EDWARDS CO., INC.
Attn:  Managing Agent
5030 SMITH FARM ROAD
INDIAN TRAIL, NC 28079

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,338.86** |
|---|---|---|---|
| | **JOHNSON PLASTICS**<br>**Attn:  Managing Agent**<br>**DIVISION OF SIGNCASTER CORP.**<br>**MINNEAPOLIS, MN 55420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplier or Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,521.79** |
|---|---|---|---|
| | **Kansas City Life**<br> **Attn:  Managing Agent**<br>**PO Box 219846**<br>**KANSAS CITY, 64121-9846 64121-9846** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|
| | **KIRKLAND APPRAISALS, LLC**<br>**Attn:  Managing Agent**<br>**3540 LAYTON RIDGE ROAD**<br>**APEX, NC 27539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|
| | **KIRSCHBAUM, NANNEY, KEENAN**<br>**Attn:  Managing Agent**<br>**P.O. BOX 19766**<br>**RALEIGH, NC 27619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.19** |
|---|---|---|---|
| | **LABEL ART INC.**<br>**Attn:  Managing Agent**<br>**1 RIVERSIDE WAY**<br>**WILTON, NH 03086-0660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplier or Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,769.54** |
|---|---|---|---|
| | **Lindenmyr Munroe**<br>**Attn:  Managing Agent**<br>**3831 SOUTH ALSTON AVENUE, BLDG #7**<br>**DURHAM, NC 27713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplier or Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,634,396.33** |
|---|---|---|---|
| | **LOUIS GOLDBERG**<br>**2204 TIMBERLAKE DRIVE**<br>**RALEIGH, NC 27604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __money loaned__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.74**

Nonpriority creditor's name and mailing address
**MAC PAPERS**
**Attn: Managing Agent**
**P.O. BOX 930513**
**ATLANTA, GA 31193-0513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier or Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$13,311.62**

---

**3.75**

Nonpriority creditor's name and mailing address
**Magnum Magnetics Corporation**
**Attn: Managing Agent**
**801 Masonic Park Road**
**Marietta, OH 45750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$295.50**

---

**3.76**

Nonpriority creditor's name and mailing address
**Major Business Systems**
**Attn: Managing Agent**
**1510 State Highway 86 North**
**Hillsborough, NC 27278**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$326.77**

---

**3.77**

Nonpriority creditor's name and mailing address
**MASTER GAUGE COMPANY, INC.**
**Attn: Managing Agent**
**1150 W. GRAND AVENUE**
**CHICAGO, IL 60642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier or Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$923.10**

---

**3.78**

Nonpriority creditor's name and mailing address
**MAXIMUM MECHANICAL, INC.**
**Attn: Managing Agent**
**P.O.BOX 5458**
**CARY, NC 27512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier or Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.79**

Nonpriority creditor's name and mailing address
**MONI**
**Attn: Managing Agent**
**DEPT. CH 8628**
**PALATINE, IL 60055-8628**

Date(s) debt was incurred _
Last 4 digits of account number **2641**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier or Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$621.26**

---

**3.80**

Nonpriority creditor's name and mailing address
**MORPHEUS RISING**
**Attn: Managing Agent**
**105 AMBERGLOW PLACE**
**CARY, NC 27513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier or Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$67,872.98**

---

| Debtor | **Glover Corporation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,578.09** |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY CO.**
**Attn:  Managing Agent**
**PO Box 953635**
**St. Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier or Vendor**

Last 4 digits of account number  **0096**

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Muller Martini Corp**
**Attn:  Managing Agent**
**Lockbox 7196, PO Box 8500**
**PHILADELPHIA, PA 19178-7196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$803.84** |
|---|---|---|---|

**N.C. DIV. OF MOTOR VEHICLES**
** Attn:  Managing Agent**
**P.O. BOX 29620**
**RALEIGH, NC 27626-0620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,102.50** |
|---|---|---|---|

**NANCY BUNTING**
**P.O. BOX 31584**
**RALEIGH, NC 27622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.50** |
|---|---|---|---|

**NB Board of Nursing**
**Attn:  Managing Agent**
**4516 Lake Boone Trail**
**Raleigh, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.30** |
|---|---|---|---|

**NC Quick Pass Customer Service Cent**
**Attn:  Managing Agent**
**200 Sorrell Grove Church Rd, Ste A**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.51** |
|---|---|---|---|

**NORTH CAROLINA QUICK PASS**
** Managing Agent**
**200 SORRELL GROVE CHURCH RD, Ste A**
**MORRISVILLE, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Glover Corporation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|
| **Office of Technology Development**<br>**Attn:  Managing Agent**<br>**308 Bynum Hall UNC Chapel Hill**<br>**Chapel Hill, NC 27599-4105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202.84** |
|---|---|---|
| **OLD DOMINION FREIGHT LINE, INC.**<br>**Attn:  Managing Agent**<br>**P.O. BOX 198475**<br>**ATLANTA, GA 30384-8475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$452.90** |
|---|---|---|
| **PACESETTER GRAPHIC SERVICE COR**<br> **Attn:  Managing Agent**<br>**P.O. BOX 499**<br>**ACWORTH, GA 30101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Supplier or Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |
|---|---|---|
| **PAPER SPECIALTIES**<br>**Attn:  Managing Agent**<br>**4200 ATLANTIC AVENUE**<br>**RALEIGH, NC 27604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Supplier or Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,484.19** |
|---|---|---|
| **Penn National Insurance**<br>**Attn:  Managing Agent**<br>**PO Box 2257**<br>**Harrisburg, PA 17105-2257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Services** | |
| Last 4 digits of account number  **6834** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,349.00** |
|---|---|---|
| **PICA**<br> **Attn:  Managing Agent**<br>**P.O. BOX 19488**<br>**CHARLOTTE, NC 28219-9488** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Supplier or Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.58** |
|---|---|---|
| **Pitney Bowes Global Financial Servi**<br>**Attn:  Managing Agent**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Glover Corporation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,787.02** |
|---|---|---|---|

**PRINTERS' SERVICE**
**Attn:  Managing Agent**
**P.O. BOX 5100**
**NEWARK, NJ 07105-5100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Supplier or Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,308.17** |
|---|---|---|---|

**PROTECTION 1 ALARM MONITORING INC.**
**Attn:  Managing Agent**
**P.O. BOX 219044**
**KANSAS CITY, MO 64121-9044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,401.00** |
|---|---|---|---|

**Proto Labs**
**Attn:  Managing Agent**
**5540 Pioneer Creek Drive**
**Maple Plain, MN 55359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,408.48** |
|---|---|---|---|

**PRUDENTIAL**
**Attn:  Managing Agent**
**P.O. BOX 856138**
**LOUISVILLE, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$447.29** |
|---|---|---|---|

**PSNC Energy**
**Managing Agent**
**PO Box 100256**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utilities_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,263.96** |
|---|---|---|---|

**PURCHASE POWER**
**Managing Agent**
**P.O. BOX 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Supplier or Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**QUARLES FLEET FUELING**
**Attn:  Managing Agent**
**P.O. BOX 7327**
**FREDERICKSBURG, VA 22404-7327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Supplier or Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Glover Corporation, Inc.**                                          Case number *(if known)* _____
_____
Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Raleigh Rubber Stamp and Seal Co**
Attn:  Managing Agent
PO Box 26683
Maple Plain, MN 55359

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplies**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RALEIGH SAW CO. INC.**
Attn:  Managing Agent
5805-C DEPARTURE DRIVE
RALEIGH, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplier or Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,296.98 |
|---|---|---|---|

**RANDSTAD**
Attn:  Managing Agent
MAIL CODE: 5602
ATLANTA, GA 30348-5046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplier or Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raymond Carolina Handling**
Attn:  Managing Agent
PO Box 890352
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Date(s) debt was incurred _

Last 4 digits of account number  **1800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $608.00 |
|---|---|---|---|

**RENNCO**
Attn:  Managing Agent
300 ELM STREET
HOMER, MI 49245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplier or Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,611.90 |
|---|---|---|---|

**REPUBLIC SERVICES #939**
Attn:  Managing Agent
P.O. BOX 9001099
LOUISVILLE, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.90 |
|---|---|---|---|

**ROLESVILLE EQUIPMENT COMPANY**
Attn:  Managing Agent
6310 ROGERS ROAD
ROLESVILLE, NC 27571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplier or Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.109**

Nonpriority creditor's name and mailing address

**Ryder Transportation Services**
Attn:  Managing Agent
6000 Windward Parkway
Athens, GA 30605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency balance**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,166.23**

---

**3.110**

Nonpriority creditor's name and mailing address

**SAFEGUARD BUSINESS SYSTEMS**
Attn:  Managing Agent
P.O. BOX 88043
CHICAGO, IL 60680-1043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$194.20**

---

**3.111**

Nonpriority creditor's name and mailing address

**SELECTIVE INSURANCE**
Attn:  Managing Agent
Lockbox 2747, PO BOX 8500
PHILADELPHIA, PA 19178-2747

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,674.00**

---

**3.112**

Nonpriority creditor's name and mailing address

**Shell Small Business Card**
Attn:  Managing Agent
P.O BOX 9001015
LOUISVILLE, KY 40290-1015

Date(s) debt was incurred _

Last 4 digits of account number  **3968**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge card charges**

Is the claim subject to offset? ■ No  ☐ Yes

**$602.90**

---

**3.113**

Nonpriority creditor's name and mailing address

**SHRED-IT USA LLC**
Attn:  Managing Agent
1251 INTREPID COURT
RALEIGH, NC 27610

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,247.85**

---

**3.114**

Nonpriority creditor's name and mailing address

**SOUTHEASTERN FREIGHT LINES**
Attn:  Managing Agent
P.O. BOX 100104
COLUMBIA, SC 29202-3104

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,059.58**

---

**3.115**

Nonpriority creditor's name and mailing address

**SOUTHWEST BINDING & LAMINATING**
Attn: Managing Agent
P.O. BOX 150
MARYLAND HEIGHTS, MO 63043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier or Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,499.45 |
|---|---|---|---|

**ST. PAUL TRAVELERS**
**Attn:  Managing Agent**
**CL REMITTANCE CENTER**
**HARTFORD, CT 06183-1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,385.27 |
|---|---|---|---|

**STAPLES CREDIT PLAN**
**Attn:  Managing Agent**
**P.O. BOX 689020**
**DES MOINES, IA 50368-9020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.88 |
|---|---|---|---|

**SUPERIOR PRINTING INK CO. INC.**
**Attn:  Managing Agent**
**100 NORTH STREET**
**TETERBORO, NJ 07608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**THE HARDWOOD STORE OF NC, INC.**
**Attn:  Managing Agent**
**106-V E. RAILROAD AVENUE**
**GIBSONVILLE, NC 27249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,684.84 |
|---|---|---|---|

**TRIANGLE WEB PRINTING**
 **Managing Agent**
**514 UNITED DRIVE**
**DURHAM, NC 27713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,861.17 |
|---|---|---|---|

**ULINE**
**Attn:  Managing Agent**
**P.O. BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.25 |
|---|---|---|---|

**ULTIMATE PRINT FINISHING**
**Attn: Managing Agent**
**P.O. BOX 4175**
**ARCHDALE, NC 27263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Supplier or Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Glover Corporation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,415.47** |
|---|---|---|---|

**United Healthcare Insurance Co**
 Attn:  Managing Agent
PO Box 94017
Palatine, IL 60094-4017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$232.32** |
|---|---|---|---|

**UPDATE LIMITED**
Attn:  Managing Agent
**134 PEAVEY CIRCLE**
CHASKA, MN 55318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Supplier or Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,846.17** |
|---|---|---|---|

**UPS**
 Managing Agent
P.O. BOX 7247-0204
PHILADELPHIA, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number  **4288**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,319.84** |
|---|---|---|---|

**VERITIV OPERATING CO, FORMERLY XPED**
 Managing Agent
**1070 WATERFIELD DRIVE**
GARNER, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$765.70** |
|---|---|---|---|

**VERIZON WIRELESS**
 Managing Agent
P.O. BOX 660108
DALLAS, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Utilities

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$993.40** |
|---|---|---|---|

**VIDEOJET TECHNOLOGIES, INC.**
Attn:  ACCOUNTS RECEIVABLE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Supplier or Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$859.38** |
|---|---|---|---|

**W.B. PORTER & COMPANY**
 Managing Agent
P.O. BOX 27905
RALEIGH, NC 27611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Supplier or Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Glover Corporation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,290.98** |
|---|---|---|---|

**Wells Fargo Financial Leasing**
Attn: Managing Agent
P O Box 10306
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/17**

Basis for the claim:  **Deficiency balance**

Last 4 digits of account number  **7817**

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,785.46** |
|---|---|---|---|

**Wells Fargo Vendor Finance Service**
Attn: Managing Agent
P O Box 105743
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Deficiency balance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$514.24** |
|---|---|---|---|

**WEXLER PACKAGING PRODUCTS**
Attn: Managing Agent
777-M SCHWAB ROAD
HATFIELD, PA 19440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Supplier or Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>**Attn: Regional Enduser**<br>**6451 N Federal Highway**<br>**Fort Lauderdale, FL 33308** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Canon Solutions America**<br>**Attn: Managing Agent**<br>**P O Box 1267**<br>**Burlington, NJ 08016** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Hitachi Capital America Leasing**<br>**Attn: Managing Agent**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | Line  **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mac Papers**<br>**Attn: Managing Agent**<br>**2533 Atlantic Avenue**<br>**Raleigh, NC 27604** | Line  **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Republic Services**<br>**Attn: Accts Receivable**<br>**1137 Albemarle Road**<br>**Troy, NC 27371** | Line  **3.107**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Thomas A. McCormick, City Attorney**<br>**219 Fayetteville Street, Suite 1020**<br>**Raleigh, NC 27601** | Line  **3.29**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Glover Corporation, Inc.** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Wake County Dept of Revenue**<br>**Attn:  Revenue Administrator**<br>**P O Box 2331**<br>**Raleigh, NC 27602** | Line __**2.4**__<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Wells Fargo Financial Leasing, Inc.**<br>**Attn: Managing Agent**<br>**800 Walnut Street, MAC N0005-055**<br>**Des Moines, IA 50309** | Line __**3.131**__<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 129,794.41 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 3,577,922.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,707,716.66 |

Fill in this information to identify the case:

Debtor name **Glover Corporation, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Lease for Apple computers**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Apple Financial Services**<br>**Attn:  Managing Agent**<br>**P O Box 35701**<br>**Billings, MT 59107-5701** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Lease for printer**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**Attn:  Managing Agent**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Service Contract for printer**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Canon Solutions America**<br>**Attn:  Managing Agent**<br>**12379 Collectios Center Drive**<br>**Chicago, IL 60693** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Dell Power Edge R730 Xeon, Mac Wokstatiopns 3, 2GHz Pro 1TB, Asante Intracore 3524 Net Switch, Powerare 9125 UPS station Term 60 months from 1/5/17**<br><br>State the term remaining — **42 months**<br><br>List the contract number of any | **Crestmark Equipment Finance, Inc.**<br>**Attn:  Managing Agent**<br>**49050 Woodward Avenue, Ste 201**<br>**Bloomfield Hills, MI 48304** |

Debtor 1    **Glover Corporation, Inc.**                                              Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for printer** | |
|---|---|---|---|
| | State the term remaining | | **Hitachi Capital America** |
| | List the contract number of any government contract | | **Attn:  Managing Agent** |
| | | | **P O Box 1880** |
| | | | **Minneapolis, MN 55480-1880** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2016 Infiniti vehicle** | |
|---|---|---|---|
| | State the term remaining | | **Infinity Financial Services** |
| | List the contract number of any government contract | | **Attn:  Managing Agent** |
| | | | **P O Box 660577** |
| | | | **Dallas, TX 75266-0577** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Ryder truck** | |
|---|---|---|---|
| | State the term remaining | | **Ryder Transportation Services** |
| | List the contract number of any government contract | | **Attn:  Managing Agent** |
| | | | **6000 Windward Parkway** |
| | | | **Athens, GA 30605** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for NEC SV9100 Telephone system; HPE SP Proliane DL 380 Gen9** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Financial Leasing** |
| | List the contract number of any government contract | | **Attn:  Managing Agent** |
| | | | **800 Walnut Street** |
| | | | **Des Moines, IA 50309** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Glover Corporation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Brenda Goldberg | 2401 Atlantic Avenue Raleigh, NC 27604 | World Business Lenders | ■ D   **2.13** ☐ E/F _____ ☐ G _____ |
| 2.2 | Brian Goldberg | 12425 Browder Street Raleigh, NC 27614 | World Business Lenders | ■ D   **2.13** ☐ E/F _____ ☐ G _____ |
| 2.3 | Brian Goldberg | 12425 Browder Street Raleigh, NC 27614 | Capital Advance Services, LLC | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4 | Brian Goldberg | 12425 Browder Street Raleigh, NC 27614 | DLI Assets Bravo, LLC | ■ D   **2.6** ☐ E/F _____ ☐ G _____ |
| 2.5 | Brian Goldberg | 12425 Browder Street Raleigh, NC 27614 | ML Factors | ■ D   **2.11** ☐ E/F _____ ☐ G _____ |

Debtor    **Glover Corporation, Inc.**                         Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Brian Goldberg**<br>12425 Browder Street<br>Raleigh, NC 27614 | **Yes Funding** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Brian Goldberg**<br>12425 Browder Street<br>Raleigh, NC 27614 | **Knight Capital** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Brian Goldberg**<br>12425 Browder Street<br>Raleigh, NC 27614 | **Swift Capital** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Brian Goldberg**<br>12425 Browder Street<br>Raleigh, NC 27614 | **First National Bank of Pennsylvania** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Lou Goldberg**<br>2204 Timberlake Drive<br>Raleigh, NC 27604 | **Capital Advance Services, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Lou Goldberg**<br>2204 Timberlake Drive<br>Raleigh, NC 27604 | **DLI Assets Bravo, LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Lou Goldberg**<br>2204 Timberlake Drive<br>Raleigh, NC 27604 | **ML Factors** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Lou Goldberg**<br>2204 Timberlake Drive<br>Raleigh, NC 27604 | **Yes Funding** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Debtor    **Glover Corporation, Inc.**                                      Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Lou Goldberg**<br>**2204 Timberlake Drive**<br>**Raleigh, NC 27604** | **World Business Lenders** | ■ D ___**2.13**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Lou Goldberg**<br>**2204 Timberlake Drive**<br>**Raleigh, NC 27604** | **Knight Capital** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Lou Goldberg**<br>**2204 Timberlake Drive**<br>**Raleigh, NC 27604** | **Swift Capital** | ■ D ___**2.12**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Lou Goldberg**<br>**2204 Timberlake Drive**<br>**Raleigh, NC 27604** | **First National Bank of Pennsylvania** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Glover Corporation, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Operating revenue** | **$1,128,154.58** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Operating revenue** | **$1,049,216.62** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **American Express**<br>**Attn:  Managing Agent**<br>**P O Box 1270**<br>**Newark, NJ 07101** | **various** | **$28,056.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Glover Corporation, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Acrilex, Inc.**<br>**Attn:  Managing Agent** | various | $10,646.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **EFI**<br>**Attn:  Managing Agent**<br>**1340 Corporate Center Curve**<br>**Eagan, MN 55121** | various | $11,159.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **AGFA Corporation**<br>**Attn:  Managing Agent** | various | $15,415.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **AT & T**<br>**Attn:  Managing Agent**<br>**Dept 019**<br>**Carol Stream, IL 60197-5019** | various | $7,958.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Canon Solutions America**<br>**Attn:  Managing Agent** | various | $14,998.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Diamond D Insurance**<br>**Attn:  Managing Agent** | various | $6,832.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Duke Energy Progress**<br>**Attn:  Managing Agent** | various | $13,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Northen Blue LLP**<br>**Attn:  Managing Agent**<br>**1414 Raleigh Road, Ste 435**<br>**Chapel Hill, NC 27517** | various | $24,599.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Glover Corporation, Inc.**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **John Edwards Co.**<br>AttnA:  Managing Agent | various | $12,833.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11. **Lindenmyr Munroe**<br>Attn:  Managing Agent | various | $129,346.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **EFM Restructuring Advisors**<br>Attn:  Managing Agent | various | $38,714.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.13. **Proto Labs**<br>Attn:  Managing Agent | various | $6,649.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Twin City COnsulting LLC**<br>Attn:  Managing Agent | various | $10,529.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.15. **Wake County Revenue Dept**<br>Attn  Managing Agent | various | $8,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other___ |
| 3.16. **Worldwide Digital Press**<br>Attn:  Managing Agent | various | $16,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Glover Corporation, Inc.** | Case number (if known) | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian Goldberg**<br>**12425 Browder Street**<br>**Raleigh, NC 27614**<br>officer | 4/30/2017<br>through<br>4/3/18 | $207,876.50 | salary and loan repayment |
| 4.2. **Lou Goldberg**<br>**2204 Timberlake Drive**<br>**Raleigh, NC 27604**<br>officer | 5/18/17,<br>6/15/17,<br>3/29/18, | $11,157.00 | salary |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **In Re: Foreclosure of Deed of Trust**<br>**18 SP 647** | **foreclosure action** | **NC Superior Court, Wake County**<br>**P O Box 361**<br>**Raleigh, NC 27602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Mantis Funding, LLC vs Glover Corporaqtion, et al**<br>**18-CV-001848** | **Domestication of NY foreign judgment** | **NC Superior Court, Wake County**<br>**P O Box 351**<br>**Raleigh, NC 27602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Hitachi Capital America Corp. vs Glover Corporation, Inc., Louis M. Goldberg, Brian D. Goldberg**<br>**18-** | **Default of Lease filed 5-18-18** | **4th Judicial District Court, MN**<br>**6125 Shingle Creek Pkwy**<br>**Minneapolis, MN 55430** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Glover Corporation, Inc.**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **First National Bank of Pennsylvania vs BDG Properties, LLC, Glover Corporation, Inc., Midatlantic Graphics, Inc., L & B Equipment Leasing, LLC, Louis M. Goldberg,, Brian D. Goldberg**<br>**18-CV-63** | **Complaint for Money Owed filed 5-16-18** | **Superior Court, Wake Co, North Carolina**<br>**P O Box 351**<br>**Raleigh, NC 27602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Levy against credit card processing accounts by MCA Recovery LLC** | **Levy against credit card processing accounts by MCA Recovery LLC** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**     **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**     **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**     **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Glover Corporation, Inc.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **EFM Restructuring Advisors Managing Agent 4480 South Cobb Drive, Suite H246 Smyrna, GA 30080** | | **weekly or bi-weekly** | **$46,714.26** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Northen Blue, LLP PO Box 2208 Chapel Hill, NC 27515** | **$24,599.50 applied in payment of pre-petition amounts owed including filing fee of $1,717, $1,594.50 balance remaining in trust** | **various** | **$26,194.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **6**

Debtor    **Glover Corporation, Inc.**                                    Case number *(if known)*

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Glover Corporation, Inc.**                          Case number *(if known)*

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Phyllis Matthews**<br>**2420 Pines Drive**<br>**Raleigh, NC 27606** | **2/24/1998 through current** |
| 26a.2.    **Snap Ledgers**<br>**100 North Main Street**<br>**Suite 2515**<br>**Winston Salem, NC 27101** | **1/1/18 to current** |

---

Debtor   __Glover Corporation, Inc._____     Case number *(if known)*_____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Nancy Bunting, CPA**<br>**5171 Glenwood Avenue**<br>**Suite 403**<br>**Raleigh, NC 27612** | **1/1/1965 through current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Phyllis Matthews**<br>**2420 Pines Drive**<br>**Raleigh, NC 27606** | **1/1/1998 through current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Snap Ledgers**<br>**100 North Main Street**<br>**Suite 2515**<br>**Winston Salem, NC 27101** | **1/1/18 through current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Snap Ledgers**<br>**100 North Main Street**<br>**Suite 2515**<br>**Winston Salem, NC 27101** | |
| 26c.2.   **Nancy Bunting, CPA**<br>**5171 Glenwood Avenue**<br>**Suite 403**<br>**Raleigh, NC 27612** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Yadkin Valley Bank (First National Bank)**<br>**Attn:   Managing Agent**<br>**100 Federal Street, 4th Floor**<br>**Pittsburgh, PA 15212** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

Debtor   **Glover Corporation, Inc.**                                      Case number *(if known)*

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **Brian Goldberg** | **5/31/18** | **151,293.04** |
| | Name and address of the person who has possession of inventory records | | |
| | **Glover Corporation** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lou Goldberg** | **2204 Timberlake Drive Raleigh, NC 27604** | **President** | **51** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Goldberg** | **12425 Browder Street Raleigh, NC 27614** | **Chief Operating Officer** | **49** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Glover Corporation, Inc.**                                          Case number *(if known)*

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  1, 2018**

**/s/ Lou Goldberg**                                        **Lou Goldberg**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Glover Corporation, Inc.**                              Case No.

                                              Debtor(s)                Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 24,599.50 |
| Prior to the filing of this statement I have received | $ | 24,599.50 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      □ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
       **Post-petition services in connection with chapter 11 case to be paid a customary hourly rates, subject to review and approval of the Bankruptcy Court.**

       **[Note: $1,717 filing fee included in $24,599.50 paid to Northen Blue pre-petition, unexpended balance of $1,594.50 remains in retainer as of filing date]**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  1, 2018**
*Date*

**/s/ John Paul H. Cournoyer**
**John Paul H. Cournoyer**
*Signature of Attorney*
**Northen Blue, LLP**
**PO Box 2208**
**Chapel Hill, NC 27515**
**919-968-4441  Fax: 919-942-6603**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Glover Corporation, Inc.**              Case No. _____

                                     Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Goldberg**<br>**12425 Browder Street**<br>**Raleigh, NC 27614** | | **49%** | **Shareholder** |
| **Lou Goldberg**<br>**2204 Timberlake Drive**<br>**Raleigh, NC 27604** | | **51%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June  1, 2018** _____       Signature   **/s/ Lou Goldberg** _____

                                                        **Lou Goldberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Glover Corporation, Inc.**
                                          Case No.
                                    Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 1, 2018**                    **/s/ Lou Goldberg**
                                          **Lou Goldberg/President**
                                          Signer/Title

.

ABC Express Couriers
Attn:  Managing Agent
PO Box 2073
Garner, NC 27529

AT&T
Attn:  Managing Agent
Dept 019
CAROL STREAM, IL 60197-5019

Bluesky 401(K) Specialists
Attn:  Managing Agent
6331 Carmel Road
Charlotte, NC 28226-8246

Acme Company
Attn:  Managing Agent
64 Beaver Street, Suite 344
New York, NY 10004

AT&T
Attn:  Regional Enduser
6451 N Federal Highway
Fort Lauderdale, FL 33308

Braden Sutphin Ink Company
Attn:  Managing Agent
PO Box 932504
Cleveland, OH 44193

Acrilex,  Inc.
Attn:  Managing Agent

AT&T Mobility
Attn:  Managing Agent
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

Brenda Goldberg
2401 Atlantic Avenue
Raleigh, NC 27604

Adecco Financial Services
Attn:  Managing Agent
P.O. BOX 371084
PITTSBURGH, PA 15250-7084

Audi Financial Services
Attn:  Managing Agent
P O Box 5215
Carol Stream, IL 60197

BRIAN GOLDBERG
12425 BROWDER STREET
RALEIGH, NC 27614

ADP  INC.
 Managing Agent
P.O. BOX 842875
BOSTON, MA 02284-2875

Automated Packaging Systems
Attn:  Managing Agent
P.O. BOX 643916
CINCINNATI, OH 45264-3916

BROTHERS ELECTRIC CO. INC.
Attn:  Managing Agent
5808 SHAWOOD DRIVE
RALEIGH, NC 27609

AGFA Corporation
AttnL  Managing Agent
P.O. BOX 7247-6207
PHILADELPHIA, PA 19170-6207

BANK OF AMERICA CREDIT CARD
Attn:  Managing Agent
PO BOX 15796
WILMINGTON, DE 19886-5796

BUILT CREATIVE
 Managing Agent
219 N SALEM STREET
APEX, NC 27502

Alexander Exterminating Company
545 DYNAMIC DRIVE
GARNER, NC 27529

BATTERIES PLUS OF RALEIGH
Attn:  Managing Agent
4907 ATLANTIC AVENUE
RALEIGH, NC 27616-1865

BUSINESS CARD EXPRESS SOU
Attn:  Managing Agent
P.O. BOX 829
INDIAN TRAIL, NC 28079

American Express
Managing Agent
PO Box 1270
Newark, NJ 07101

Blue Cross Blue Shield
Attn:  Managing Agent
PO Box 2291
Durham, NC 27701-2721

Canon Financial Services
Attn:  Managing Agent
14904 Collections Center Drive
Chicago, IL 60693-0149

Apple Financial Services
Attn:  Managing Agent
P O Box 35701
Billings, MT 59107-5701

Blue Sky 401k Specialists
Attn;  Randy Glass
1207 Crews Rd, Ste A
Matthews, NC 28105

Canon Financial Services, Inc.
Attn:  Managing Agent
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Solutions America
Attn:  Managing Agent
12379 Collections Center Drive
Chicago, IL 60893

CHASE CARD SERVICES
Attn:  Managing Agent
CARDMEMBER SERVICE
WILMINGTON, DE 19886-5153

Corporation Service Company, as re
Attn:  Managing Agent
801 Adlai Stevenson Dr
Springfield, IL 62703

Canon Solutions America
Attn:  Managing Agent
P O Box 1267
Burlington, NJ 08016

CHTD Company, as representative
Attn:  Managing Agent
P O box 2676
Springfield, IL 62708

Crestmark Equipment Finance
Attn:  Managing Agent
40950 Woodward Avenue, Ste 201
Bloomfield Hills, MI 48304

Canon Solutions America
Attn:  Managing Agent
12379 Collectios Center Drive
Chicago, IL 60693

CINTAS CORPORATION
 Managing Agent
P.O. BOX 631025
CINCINNATI, OH 45263-1025

Crestmark Equipment Finance, Inc
Attn:  Managing Agent
49050 Woodward Avenue, Ste 201
Bloomfield Hills, MI 48304

Capital Advance Services, LLC
Attn:  Managing Agent
30 Broad St, Ste 14108
New York, NY 10004

Citibank NA
Attn: Managing Agent
701 East 60th Street North
Sioux Falls, SD 57104

Crystal Springs
Attn:  Managing Agent
P O Box 600579
Dallas, TX 75266-0579

CAPITAL ONE BANK USA, N.A.
Attn:  Managing Agent
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

CITY OF RALEIGH
 Managing Agent
P.O. BOX 71081
CHARLOTTE, NC 28272-1081

CUSTOM LAMINATING
Attn:  Managing Agent
3221 DURHAM DRIVE
RALEIGH, NC 27603

CAROLINA CONTAINER COMPANY
Attn:  Managing Agent
P.O. BOX 2166
HIGH POINT, NC 27261

CITY OF RALEIGH
 Attn:  Managing Agent
P.O. BOX 71081
CHARLOTTE, NC 28272-1081

Deluxe
Attn:  Managing Agent
3680 Victoria Street North
Shreview, MN 55126-2966

CAROLINA HANDLING LLC
 Managing Agent
P.O. BOX 890352
CHARLOTTE, NC 28289-0352

CLIFFORD PAPER INC.
Attn:  Managing Agent
SHERBROOKE OFFICE CENTRE
UPPER SADDLE RIVER, NJ 07458

DISCOUNT LABELS
Attn:  Managing Agent
P.O. BOX 709
NEW ALBANY, IN 47151-0709

Charles Anderson Jr.
Ellis & Winters, LLP
4131 Parklake Avenue
Raleigh, NC 27612

COECO OF RALEIGH
Attn:  Managing Agent
P.O. BOX 790448
ST. LOUIS, MO 63179

DLI Assets Bravo, LLC
Attn:  Managing Agent
550 N Brand Blvd, Suite 200
Glendale, CA 91203

CHARLOTTE SCALE COMPANY, INC.
 Managing Agent
1510 AMERON DRIVE
CHARLOTTE, NC 28206-1696

COECO OFFICE SYSTEMS
Attn:  Managing Agent
P.O. BOX 538555
ATLANTA, GA 30353-8555

DUKE ENERGY PROGRESS
Attn:  Managing Agent
P.O. BOX 1003
CHARLOTTE, NC 28201-1003

DUNCAN-PARNELL, INC.
Attn: Managing Agent
P.O. BOX 35649
CHARLOTTE, NC 28235-5649

FIRST CITIZENS VISA
Attn: Managing Agent
P.O. BOX 63001
CHARLOTTE, NC 28263-3001

HERITAGE CRYSTAL CLEAN, LLC
Attn: Managing Agent
13621 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0136

DYC SUPPLY CO.
Attn: Managing Agent
P.O. BOX 35649
VIRGINIA BEACH, VA 23455

First National Bank of Pennsylvania
Attn: Managing Agent
3600 Glenwood Avenue
Raleigh, NC 27604

Hitachi Capital America
Attn: Managing Agent
P O Box 1880
Minneapolis, MN 55480-1880

Earthlink Business
Attn: Managing Agent
1439 Peachtree Street
Atlanta, GA 30309

G&K-VIJUK INTERN CORP.
Attn: Managing Agent
715 CHURCH ROAD
ELMHURST, IL 60126

HITACHI CAPITAL AMERICA COR
Attn: Managing Agent
P.O. BOX 1880
MINNEAPOLIS, MN 55480-1880

EARTHLINK BUSINESS 1058
Attn: Managing Agent
P.O. BOX 2252
BIRMINGHAM, AL 35246-1058

GEORGIA ENVELOPE & CONVERTING
Attn: Managing Agent
8015 SECOND FLAG DRIVE
AUSTELL, GA 30168

Hitachi Capital America Leasing
Attn: Managing Agent
P O Box 1880
Minneapolis, MN 55400-1800

EFI, INC.
Attn: Managing Agent
1340 Corporate Center Curve
Eagan, MN 55121

GRAINGER, INC.
Attn: Managing Agent
DEPT. 808900666
PALATINE, IL 60038-0001

Hitachi Capital America Leasing
Attn: Managing Agent
800 Connecticut Avenue
Norwalk, CT 06854

ELTOSCH GRAFIX AMERICA INC.
Attn: Managing Agent
1888 E. FABYAN PKWY, SUITE 7
BATAVIA, IL 60510

GRAPHIC ARTS SPECIALTIES
Attn: Managing Agent
P.O. BOX 1185
NORTHBROOK, IL 60065-1185

Humana
 Attn: Managing Agent
PO Box 3024
Milwaukee, WI 53201-3024

ENNIS BUSINESS FORMS, INC.,
Attn: Managing Agent
P O BOX 971478
DALLAS, TX 75397-1478

GREYSTONE LAWN MAINTENANCE
Attn: Managing Agent
394 KING ROAD
CASTALIA, NC 27816

ILPEA INDUSTRIES INC.
Attn: Managing Agent
7351 SOLUTION CENTER
CHICAGO, IL 60677-7003

FASTENAL COMPANY
Attn: Managing Agent
5608 SPRING COURT, SUITE 106
RALEIGH, NC 27616

HAWKS TAG
 Managing Agent
P.O. BOX 541207
CINCINNATI, OH 45254

INDIGO AMERICA, INC.
Attn: Managing Agent
P.O. BOX 415573
BOSTON, MA 02241-5573

FEDEX
Attn: Managing Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

HEIDELBERG USA, INC.
 Attn: Managing Agent
P.O. BOX 5160
CAROL STREAM, IL 60197

Infinity Financial Services
Attn: Managing Agent
P O Box 660577
Dallas, TX 75266-0577

INTEGRACLEAN
  Managing Agent
6208 VALLEY ESTATES DRIVE
RALEIGH, NC 27612

Knight Capital
Attn:  Managing Agent
9 East Loockerman St, Suite 3A-543
Dover, DE 19901

Mantis Funding LLC
Attn:  Managing Agent
64 Beaver Street, #344
New York, NY 10004

Internal Revenue Service
Attn:  Insolvency Processing Center
P O Box 7346
Philadelphia, PA 19101-7346

LABEL ART INC.
Attn:  Managing Agent
1 RIVERSIDE WAY
WILTON, NH 03086-0660

MASTER GAUGE COMPANY, INC
  Attn:  Managing Agent
1150 W. GRAND AVENUE
CHICAGO, IL 60642

INTREX COMPUTERS
  Managing Agent
3601 BASTION LANE
RALEIGH, NC 27604

Lindenmyr Munroe
Attn:  Managing Agent
3831 SOUTH ALSTON AVENUE, BLDG #
DURHAM, NC 27713

MAXIMUM MECHANICAL, INC.
Attn:  Managing Agent
P.O.BOX 5458
CARY, NC 27512

ISODISC SOFTWARE SERVICES GROUP
Attn:  Managing Agent
7030 N. 97TH PLAZA CIRCLE
OMAHA, NE 68122

Lou Goldberg
2204 Timberlake Drive
Raleigh, NC 27604

Mercedes Benz Financial ServicesU
Attn:  Managing Agent
P O Box 5260
Carol Stream, IL

JOHN EDWARDS CO., INC.
Attn:  Managing Agent
5030 SMITH FARM ROAD
INDIAN TRAIL, NC 28079

LOUIS GOLDBERG
2204 TIMBERLAKE DRIVE
RALEIGH, NC 27604

ML Factors
Attn:  Managing Agent
456A Central Avenue, #129
Cedarhurst, NY 11516

JOHNSON PLASTICS
Attn:  Managing Agent
DIVISION OF SIGNCASTER CORP.
MINNEAPOLIS, MN 55420

MAC PAPERS
Attn:  Managing Agent
P.O. BOX 930513
ATLANTA, GA 31193-0513

MONI
Attn:  Managing Agent
DEPT. CH 8628
PALATINE, IL 60055-8628

Kansas City Life
  Attn:  Managing Agent
PO Box 219846
KANSAS CITY, 64121-9846 64121-9846

Mac Papers
Attn:  Managing Agent
2533 Atlantic Avenue
Raleigh, NC 27604

MORPHEUS RISING
Attn:  Managing Agent
105 AMBERGLOW PLACE
CARY, NC 27513

KIRKLAND APPRAISALS, LLC
Attn:  Managing Agent
3540 LAYTON RIDGE ROAD
APEX, NC 27539

Magnum Magnetics Corporation
Attn:  Managing Agent
801 Masonic Park Road
Marietta, OH 45750

MSC INDUSTRIAL SUPPLY CO.
Attn:  Managing Agent
PO Box 953635
St. Louis, MO 63195

KIRSCHBAUM, NANNEY, KEENAN
Attn:  Managing Agent
P.O. BOX 19766
RALEIGH, NC 27619

Major Business Systems
Attn:  Managing Agent
1510 State Highway 86 North
Hillsborough, NC 27278

Muller Martini Corp
Attn:  Managing Agent
Lockbox 7196, PO Box 8500
PHILADELPHIA, PA 19178-7196

N.C. DIV. OF MOTOR VEHICLES
Attn: Managing Agent
P.O. BOX 29620
RALEIGH, NC 27626-0620

PAPER SPECIALTIES
Attn: Managing Agent
4200 ATLANTIC AVENUE
RALEIGH, NC 27604

PURCHASE POWER
Managing Agent
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

NANCY BUNTING
P.O. BOX 31584
RALEIGH, NC 27622

Penn National Insurance
Attn: Managing Agent
PO Box 2257
Harrisburg, PA 17105-2257

QUARLES FLEET FUELING
Attn: Managing Agent
P.O. BOX 7327
FREDERICKSBURG, VA 22404-7327

NB Board of Nursing
Attn: Managing Agent
4516 Lake Boone Trail
Raleigh, NC 27602

PICA
Attn: Managing Agent
P.O. BOX 19488
CHARLOTTE, NC 28219-9488

Raleigh Rubber Stamp and Seal C
Attn: Managing Agent
PO Box 26683
Maple Plain, MN 55359

NC Dept of Revenue
Attn: Bankruptcy Dept.
P.O. BOX 25000
RALEIGH, NC 27640-0150

Pitney Bowes Global Financial Servi
Attn: Managing Agent
PO Box 371887
Pittsburgh, PA 15250-7887

RALEIGH SAW CO. INC.
Attn: Managing Agent
5805-C DEPARTURE DRIVE
RALEIGH, NC 27616

NC Quick Pass Customer Service Cent
Attn: Managing Agent
200 Sorrell Grove Church Rd, Ste A
Morrisville, NC 27560

PRINTERS' SERVICE
Attn: Managing Agent
P.O. BOX 5100
NEWARK, NJ 07105-5100

RANDSTAD
Attn: Managing Agent
MAIL CODE: 5602
ATLANTA, GA 30348-5046

NORTH CAROLINA QUICK PASS
Managing Agent
200 SORRELL GROVE CHURCH RD, Ste A
MORRISVILLE, NC 27560

PROTECTION 1 ALARM MONITORING INC
Attn: Managing Agent
P.O. BOX 219044
KANSAS CITY, MO 64121-9044

Raymond Carolina Handling
Attn: Managing Agent
PO Box 890352
Charlotte, NC 28289

Office of Technology Development
Attn: Managing Agent
308 Bynum Hall UNC Chapel Hill
Chapel Hill, NC 27599-4105

Proto Labs
Attn: Managing Agent
5540 Pioneer Creek Drive
Maple Plain, MN 55359

RENNCO
Attn: Managing Agent
300 ELM STREET
HOMER, MI 49245

OLD DOMINION FREIGHT LINE, INC.
Attn: Managing Agent
P.O. BOX 198475
ATLANTA, GA 30384-8475

PRUDENTIAL
Attn: Managing Agent
P.O. BOX 856138
LOUISVILLE, KY 40285

Republic Services
Attn: Accts Receivable
1137 Albemarle Road
Troy, NC 27371

PACESETTER GRAPHIC SERVICE COR
Attn: Managing Agent
P.O. BOX 499
ACWORTH, GA 30101

PSNC Energy
Managing Agent
PO Box 100256
Columbia, SC 29202

REPUBLIC SERVICES #939
Attn: Managing Agent
P.O. BOX 9001099
LOUISVILLE, KY 40290-1099

ROLESVILLE EQUIPMENT COMPANY
Attn:  Managing Agent
6310 ROGERS ROAD
ROLESVILLE, NC 27571

STAPLES CREDIT PLAN
Attn:  Managing Agent
P.O. BOX 689020
DES MOINES, IA 50368-9020

UPDATE LIMITED
Attn:  Managing Agent
134 PEAVEY CIRCLE
CHASKA, MN 55318

Ryder Transportation Services
Attn:   Managing Agent
6000 Windward Parkway
Athens, GA 30605

SUPERIOR PRINTING INK CO. INC.
Attn:  Managing Agent
100 NORTH STREET
TETERBORO, NJ 07608

UPS
 Managing Agent
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

SAFEGUARD BUSINESS SYSTEMS
Attn:  Managing Agent
P.O. BOX 88043
CHICAGO, IL 60680-1043

Swift Capital
Attn:  Managing Agent
501 Carr Road, #301
Wilmington, DE 19809

VERITIV OPERATING CO, FORMK
 Managing Agent
1070 WATERFIELD DRIVE
GARNER, NC 27529

SELECTIVE INSURANCE
Attn:  Managing Agent
Lockbox 2747, PO BOX 8500
PHILADELPHIA, PA 19178-2747

THE HARDWOOD STORE OF NC, INC.
Attn:  Managing Agent
106-V E. RAILROAD AVENUE
GIBSONVILLE, NC 27249

VERIZON WIRELESS
 Managing Agent
P.O. BOX 660108
DALLAS, TX 75266-0108

Shell Small Business Card
Attn:  Managing Agent
P.O BOX 9001015
LOUISVILLE, KY 40290-1015

Thomas A. McCormick, City Attorney
219 Fayetteville Street, Suite 1020
Raleigh, NC 27601

VIDEOJET TECHNOLOGIES, INC.
Attn:  ACCOUNTS RECEIVABLE
CHICAGO, IL 60693

SHRED-IT USA LLC
Attn:  Managing Agent
1251 INTREPID COURT
RALEIGH, NC 27610

TRIANGLE WEB PRINTING
 Managing Agent
514 UNITED DRIVE
DURHAM, NC 27713

W.B. PORTER & COMPANY
 Managing Agent
P.O. BOX 27905
RALEIGH, NC 27611

SOUTHEASTERN FREIGHT LINES
Attn:  Managing Agent
P.O. BOX 100104
COLUMBIA, SC 29202-3104

ULINE
Attn:  Managing Agent
P.O. BOX 88741
CHICAGO, IL 60680-1741

Wake County Dept of Revenue
Attn:  Revenue Administrator
P O Box 2331
Raleigh, NC 27602

SOUTHWEST BINDING & LAMINATING
Attn: Managing Agent
P.O. BOX 150
MARYLAND HEIGHTS, MO 63043

ULTIMATE PRINT FINISHING
Attn: Managing Agent
P.O. BOX 4175
ARCHDALE, NC 27263

Wake County Revenue Dept.
Attn:  Managing Agent
P.O. BOX 580084
CHARLOTTE, NC 28258-0084

ST. PAUL TRAVELERS
Attn:  Managing Agent
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

United Healthcare Insurance Co
 Attn:  Managing Agent
PO Box 94017
Palatine, IL 60094-4017

Wells Fargo Financial Leasing
Attn:  Managing Agent
P O Box 10306
Des Moines, IA 50306

Wells Fargo Financial Leasing
Attn;   Managing Agent
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Financial Leasing, Inc.
Attn: Managing Agent
800 Walnut Street, MAC N0005-055
Des Moines, IA 50309


Wells Fargo Vendor Finance Service
Attn:  Managing Agent
P O Box 105743
Atlanta, GA 30348


WEXLER PACKAGING PRODUCTS
Attn:  Managing Agent
777-M SCHWAB ROAD
HATFIELD, PA 19440


World Business Lenders
Attn:  Managing Agent
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302


Yes Funding
Attn:  Managing Agent
122 East 42nd Street, Suite 2112
New York, NY 10168

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Glover Corporation, Inc.** _____    Case No. _____
                    Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Glover Corporation, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  1, 2018
_____
Date

**/s/ John Paul H. Cournoyer**
_____
**John Paul H. Cournoyer**
Signature of Attorney or Litigant
Counsel for   **Glover Corporation, Inc.**
**Northen Blue, LLP**
**PO Box 2208**
**Chapel Hill, NC 27515**
**919-968-4441 Fax:919-942-6603**